OPINION — AG — ** DUAL OFFICE HOLDING — SCHOOL BOARD — FIRE PROTECTION DISTRICT ** A MEMBER OF A SCHOOL DISTRICT (BOARD OF EDUCATION) IS PRECLUDED BY THE DUAL OFFICE HOLDING PROVISION OF 51 O.S. 6 [51-6] FROM SIMULTANEOUSLY SERVING ON THE BOARD OF DIRECTORS OF A FIRE PROTECTION DISTRICT. (DUAL OFFICE, SCHOOL BOARD, PUBLIC OFFICER) CITE: 19 O.S. 901.5 [19-901.5], 19 O.S. 901.7 [19-901.7], 51 O.S. 6 [51-6], OPINION NO. 76-185 (BETTY ELROD HUNTER) ** SEE OPINION NO. 91-656 (1991) ** SEE OPINION NO. 92-502 (1992) ** SEE: OPINION NO. 89-503 (1989) ** ** SEE: OPINION NO. 89-503 (1989) **